FORM 8. Entry of Appearance                                                             Form 8
                                                                                        Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Petro-Hunt, L.L.C.     v.     United States

No. 16-1981

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Petro-Hunt, L.L.C.
                               Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Edmund M. Amorosi |
| Law Firm: | Smith Pachter McWhorter PLC |
| Address: | 8000 Towers Crescent Drive, Suite 900 |
| City, State and Zip: | Tysons Corner, Virginia 22182 |
| Telephone: | (703) 847-6300 |
| Fax #: | (703) 847-6312 |
| E-mail address: | eamorosi@smithpachter.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): July 31, 2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes   ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  5/16/16     Signature of pro se or counsel  *Edmund M. Amorosi*

cc: _____

Reset Fields