FORM 8.  Entry of Appearance                                                      Form 8
                                                                                  Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

__Petro-Hunt, L.L.C.__   v.   __United States__

No. __16-1981__

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: __Petro-Hunt, L.L.C.__
      Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
- ☒ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

- ☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | J. Ralph White |
| Law Firm: | White Andrews & Shackelford |
| Address: | 650 Poydras Street, Suite 2319 |
| City, State and Zip: | New Orleans, Louisiana 70130 |
| Telephone: | (504) 799-2585 |
| Fax #: | (504) 799-2586 |
| E-mail address: | ralph@whiteandrews.com |

Statement to be completed by counsel only (select one):

- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): __12/16/2009__

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☒ Yes  ☐ No

- ☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date __5/13/16__     Signature of pro se or counsel _[signature]_

cc: _____

Reset Fields

FORM 30. Certificate of Service

Form 30
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  5/16/2016
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| J. Ralph White | /s/ J. Ralph White |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | White, Andrews & Shackelford, LLC |
| Address | 650 Poydras Street, Suite 2319 |
| City, State, Zip | New Orleans, LA 70130 |
| Telephone Number | 504-799-2585 |
| Fax Number | 504-799-2586 |
| E-Mail Address | ralph@whiteandrews.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

[Reset Fields]