FORM 9. Certificate of Interest

Form 9
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Petro-Hunt, L.L.C.   v.   United States

Case No.   16-1981

## CERTIFICATE OF INTEREST

Counsel for the:
☐ (petitioner) ☒ (appellant) ☐ (respondent) ☐ (appellee) ☐ (amicus) ☐ (name of party)

Petro-Hunt, L.L.C.

certifies the following (use "None" if applicable; use extra sheets if necessary):

| 1. Full Name of Party Represented by me | 2. Name of Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is: | 3. Parent corporations and publicly held companies that own 10 % or more of stock in the party |
|---|---|---|
| Petro-Hunt, L.L.C. | Petro-Hunt, L.L.C. | Petro-Hunt Holding, LLC |
| | | William Herbert Hunt Trust Estate |
| | | Both are privately held |
| | | |
| | | |
| | | |

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (**and who have not or will not enter an appearance in this case**) are:

White Law Firm, predecessor to White, Andrews & Shackelford, LLC;
Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P.; Wilmer, Cutler, Pickering, Hale and Door, LLP

5/13/16
Date

*/s/ Joseph White*
Signature of counsel

Please Note: All questions must be answered

Joseph Ralph White
Printed name of counsel

cc:

FORM 30. Certificate of Service

Form 30
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  5/16/2016
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| J. Ralph White | /s/ J. Ralph White |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | White, Andrews & Shackelford, LLC |
| Address | 650 Poydras Street, Suite 2319 |
| City, State, Zip | New Orleans, LA 70130 |
| Telephone Number | 504-799-2585 |
| Fax Number | 504-799-2586 |
| E-Mail Address | ralph@whiteandrews.com |

Reset Fields

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.