# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Petro-Hunt, LLC     v.     United States

No. 16-1981

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: United States
  Name of party

I am, or the party I represent is (select one):
- ☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☐ Cross Appellant
- ☐ Appellant  ☒ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☐ Petitioner or appellant  ☐ Respondent or appellee

| | |
|---|---|
| Name: | Katherine J. Barton |
| Law Firm: | Appellate Section, Env. and Nat. Resources Div., U.S. Dept. of Justice |
| Address: | P.O. Box 7415 |
| City, State and Zip: | Washington, DC 20044 |
| Telephone: | 202-353-7712 |
| Fax #: | 202-353-1873 |
| E-mail address: | katherine.barton@usdoj.gov |

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): govt. atty

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date May 27, 2016    Signature of pro se or counsel _____

cc: Counsel of record

Reset Fields

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I filed the foregoing with the United States Court of Appeals for the Federal Circuit using the CM/ECF system. All case participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Katherine J. Barton*

KATHERINE J. BARTON
Attorney, Appellate Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7415
Washington, DC 20044
Tel: (202) 353-7712
Fax: (202) 353-1873
katherine.barton@usdoj.gov